IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ABDEL-ILAH ELMARDOUDI, | ) | 8:10CV390 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| UNITED STATES DEPARTMENT | ) | |
| OF HOMELAND SECURITY, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on its own motion. On October 18, 2010, the court entered a Memorandum and Order requiring Plaintiff to either pay the court's $350.00 filing fee or submit a request for leave to proceed in forma pauperis. (Filing No. 4.) The court warned Plaintiff that failure to comply with the court's Memorandum and Order would result in dismissal of this action without further notice. (*Id.*) Plaintiff has not paid the filing fee or submitted a request for leave to proceed in forma pauperis. (*See* Docket Sheet.)

IT IS THEREFORE ORDERED that:

1. This matter is dismissed without prejudice.

2. A separate judgment will be entered in accordance with this Memorandum and Order.

DATED this 8th day of December, 2010.

BY THE COURT:

*Richard G. Kopf*
United States District Judge